446 A.2d 674

Harper, Appellant v. White.

Argued May 13, 1981.
Robert S. Gordon, for appellant; James G. Haggerty, for appellee.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order opening default judgment affirmed.

446 A.2d 674

In The Matter Of Carlene Sherwood, a minor.

Appeal of Barbara Sherwood.

Argued March 20, 1980. Robert Sarno, for appellant; Gerald W. Seevers, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.